IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINCY MICHAEL PATRICK,<br>Plaintiff | No. 3:23cv672 |
| v. | (Judge Munley) |
| JOHN RODRIGUEZ, et al.,<br>Defendants | (Magistrate Judge Schwab) |

## ORDER

**AND NOW**, this 18th day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Quincy Michael Patrick's objection (Doc. 11) is **OVERRULED**;

2) The Report and Recommendation by Magistrate Judge Susan E. Schwab (Doc. 10) is **ADOPTED**;

3) Plaintiff's amended complaint (Doc. 6) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

4) Plaintiff's claims as asserted against Magisterial District Court Judge Michael J. Dotzel, Wilkes Barre Township Police Department, the "victims," the "district attorney," the Luzerne County Convention Center Authority, Mohegan Sun Arena, and SMG are **DISMISSED** with prejudice without leave to amend; and

5) Within twenty (20) days of the date of this order, plaintiff shall file a second amended complaint only as to his claims against Officer John Rodriguez and the unnamed police officers. Should plaintiff fail to file a second amended complaint in accordance with this order, plaintiff's case will be dismissed with prejudice against these defendants and the Clerk of Court will be directed to close this matter.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court